IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JOSE NERI GONZALEZ RODRIGUEZ,<br>Institutional ID Nos. 200880400,<br>59914-380<br>      Plaintiff,<br><br>v.<br><br>BIG SPRING FLIGHTLINE<br>CORRECTIONAL INSTITUTE, *et al.*,<br><br>      Defendants. | §§§§§§§§§§§§§ | Civil Action No. 1:21-CV-00184-BU |

## **JUDGMENT**

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Jose Neri Gonzalez Rodriguez's Complaint, and all claims alleged therein, are DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

ORDERED this 3rd day of January 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1